C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
PEDRO RODRIGUEZ-MERCADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        vs.<br><br>PEDRO RODRIGUEZ-MERCADO,<br>                Defendant. | Case No.: 2:07-cr-00215-MCE<br><br>ORDER |

ORDER

The above case is presently set for status conference on June 5, 2008. At the request of the court, this matter is scheduled for further status conference on June 12, 2008, at 9:00 a.m. Undersigned counsel agrees that an exclusion of time is appropriate for defense preparation and investigation. It is ordered that time be excluded under the Speedy Trial Act through June 12, 2008, pursuant to 18 U.S.C. section 3161(h)(8)(A) and (B)(iv) (Local Code T4).

DATED: June 10, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 1